**FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\* APRIL 22, 2024 \*
BROOKLYN OFFICE**

DMP:MJC
F. #2024R00098

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

  - against -

DISHEEM LAQUAN RILEY,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____**24-CR-162**_____
(T. 18, U.S.C., §§ 844(e) and 3551 et seq.)

**Judge Eric R. Komitee
Magistrate Judge Cheryl L. Pollak**

THE GRAND JURY CHARGES:

<u>THREATS TO USE EXPLOSIVES</u>

On or about and between January 30, 2024 and January 31, 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DISHEEM LAQUAN RILEY, through the use of a telephone and instrument of interstate commerce, did knowingly and willfully make one or more threats, and maliciously convey false information knowing the same to be false, concerning alleged attempts to be made to kill, injure and intimidate one or more individuals, and unlawfully to damage and destroy one

or more buildings and other real and personal property by means of an explosive, to wit: interstate telephone calls to one or more Federal Bureau of Investigation offices.

(Title 18, United States Code, Sections 844(e) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

*By Carolyn Pokorny, Assistant US Attorney*
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2024R00098

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

DISHEEM LAQUAN RILEY,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 844(e) and 3551 et seq.)

*A true bill.*

_____
Foreperson

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
Clerk

*Bail, $* _____

_____

*Michael J. Castiglione, Assistant U.S. Attorney (718) 254-7533*